UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MY YEARLOOK, INC., <br><br> Plaintiff, <br><br> v. <br><br> JULIE DORAN, <br><br> Defendant. | NO. 3:16-cv-05345-BHS <br><br> DEFAULT JUDGMENT |

The defendant Julie Doran, having failed to appear, plead or otherwise defend in this action, and default having been entered on August 24, 2016 (ECF No. 8), and counsel for plaintiff having requested judgment against the defaulted defendant and having filed a proper motion (ECF No. 9) and declaration (ECF No. 10) in accordance with Federal Rule of Civil Procedure 55(a) and (b);

Judgment is hereby entered in favor of plaintiff My YearLook, Inc. and against defendant Julie Doran as follows:  $1,059,102.00.  In addition, taxable costs are awarded of $675.00.  Plus interest on the judgment at the legal rate until the judgment is satisfied.

DATED this 2nd day of September, 2016.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

By /s/ John A. Tondini
   John A. Tondini, WSBA #19092
   Byrnes Keller Cromwell LLP
   1000 Second Avenue, 38th Floor
   Seattle, WA  98104
   Telephone:  (206) 622-2000
   jtondini@byrneskeller.com
   *Attorneys for Plaintiff*

DEFAULT JUDGMENT
(NO. 3:16-cv-05345-BHS) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000